# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00579-SBP

GIRMA YILMA,
*on behalf of himself and all others similarly situated,*

    Plaintiff,

v.

ATHENA BITCOIN, INC., et al.,

    Defendants.

### DECLARATION OF GIRMA YILMA

    I, Girma Yilma, declare under penalty of perjury under the laws of the United States of America, affirm and state as follows:

    1.    I am the Plaintiff in this action, and make this declaration based on personal knowledge.

    2.    I am a 69 year-old retiree and live in Aurora, Colorado.

    3.    On November 28, 2024, I attempted to use my personal computer at my home, but I was unable to access the operating system as usual, and an alert was displayed on the screen stating it was from Microsoft, with a telephone number to call for technical assistance.

    4.    I called the telephone number and spoke with someone who identified himself as a Microsoft representative named Sam Wilson ("Wilson") who, after claiming to have inspected my computer using remote access, told me that my computer had been hacked and used to gain access to Wells Fargo bank account, which was used to make a purchase of $5,000 from Playboy.

5. Wilson then facilitated a three-way call with a person who identified himself as a Wells Fargo representative named John Miller ("Miller").

6. Miller and Wilson were very convincing and had information about me and my account that led me to believe that they were in fact Wells Fargo and Microsoft representatives and that what they were telling me was true.

7. Miller told me that my entire Wells Fargo bank account was in imminent danger of being completely drained by the hacker, and that I needed to withdraw the funds in my account as quickly as possible.

8. Miller told me that Wells Fargo suspected that the hacking of my computer and fraudulent purchase from my account was an inside job involving someone with access to Wells Fargo customer data and computer systems, and so it would not be safe to transfer my funds to a different Wells Fargo account. .

9. Miller told me that he would assist me in withdrawing the funds from my Wells Fargo account at a local branch and depositing it into a "secure account" that Wells Fargo opened with a different financial institution.

10. Miller also asked that I not talk about or publicize the situation for a few days, so that Wells Fargo could try to detect who was responsible without them being tipped off.

11. On November 29, 2025, Miller called and instructed me to drive to a local Wells Fargo branch and withdraw as much cash as I could, which I did, withdrawing $19,800 from my account.

12. Miller then instructed me to drive to an address he provided, which he told me was a store with an Athena ATM, which he told me was the institution where Wells Fargo has the secure account.

Doc ID: a5d1ba808afd47bbbda07c19836024f681ff551a

13. When I arrived at the store, Foxwood Wine and Spirits, in Foxwood Colorado, Miller sent me a text with a QR code image attached, which he said was the code to access the secured account. He then stayed on the phone, told me to work as fast as possible, and gave me step-by-step instructions as I deposited the $19,800 into the ATM.

14. After the deposit, Miller told me he would call me soon with an update on when I could retrieve the secured funds.

15. On December 2, 2025, I received a call from Miller, who told me that a federal agent had informed him that I had been the victim of identity theft. Miller then initiated a three-way telephone call with the federal agent, who did not give me a name, who confirmed what Miller had told me.

16. Miller and the man I believed to be a federal agent were very convincing and had information about me and my account that led me to what they were telling me was true.

17. Miller then convinced me that any other bank accounts outside of Wells Fargo were in similar danger of being drained by the identity thieves, and offered to assist me in withdrawing the money from those accounts and depositing it in the Wells Fargo secured account until it was safe for me to open new accounts.

18. Following Miller's instructions, on December 2, 2024, I withdrew $20,000 in cash from my account with Belco Credit Union and deposited it into an Athena ATM located at a Big D convenience store in Denver, Colorado, and on December 3, 2024, I withdrew $6,000 from my account with Belco Credit Union and deposited it into the Athena ATM at Foxwood Wine and Spirits.

19. I eventually became aware that I had been defrauded and that Miller and the supposed Microsoft representative were scammers after speaking with my daughter about what

3

had transpired, not long after the final deposit on December 3, 2024.   She then encouraged and assisted me in reporting the incident to the Aurora Police Department.

20.	Prior to this incident, I had never heard of a Bitcoin ATM and did not know what a Bitcoin ATM was.

21.	Prior to this incident, I have never purchased Bitcoin and never had the desire to purchase or invest in cryptocurrency.

22.	Prior to this incident, I had never visited Athena Bitcoin's website or heard of Athena Bitcoin.

23.	The only reason why I travelled to the Athena ATMs was because I was directed to their specific locations by the scammer, Miller, who told me that the Wells Fargo "secure account" was an Athena account and that payments to the secured account had to be made through Athena ATMs.

24.	Based on Miller's representations, when I visited and deposited cash into Athena's ATMs I believed that I was making a direct payment to Wells Fargo's "secured accountt," and had no intention or belief that I was investing in Bitcoin cryptocurrency.

25.	Based on Miller's representations, I believed that Athena was a financial institution or service provider chosen by Wells Fargo to maintain its secured account.

26.	Based on Miller's representations, I had no understanding or belief that by making a payment to Wells Fargo's  secured account with Athena, I would be receiving any services or entering into a contractual relationship with Athena.

27.	During the transactions at the Athena ATMs, Miller remained on the phone with me and told me that I needed to follow his instructions and act as quickly as possible to avoid imminent danger of my entire bank account being drained..

4

28. During the transactions at the Athena ATMs, I was in a state of fear and panic, believing that I had to do as Miller instructed and follow his commands, or else my bank account would be depleted.

29. My state of fear and panic was intensified by the fact that I was an older man by myself with tens of thousands of dollars in cash on my person, knowing that I would have to openly display the cash in front of liquor and convenience store clientele for an extended period of time as I fed it into the machine.

30. During the transactions at the Athena ATMs, Miller instructed me to click through any prompts or checkboxes required to continue with the transaction, without providing time to read them.

31. I did not believe that I was entering into a contractual relationship with Athena who I believed was Wells Fargo's chosen service provider and not mine, so I did not suspect that any of the prompts or checkboxes were contract agreements.

32. When I made the cash deposits into the Athena ATMs described earlier, I believed I had no alternative because I had been convinced by the imposters that my bank account would be drained I did not withdraw my cash from the accounts and deposit them toWells Fargo's secure account with Athena, through its ATM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on 04 / 21 / 2025 in Aurora, Colorado.

_____
Girma Yilma

Doc ID: a5d1ba808afd47bbbda07c19836024f681ff551a

 **Dropbox Sign**  Audit trail

| | |
|---|---|
| Title | Yilma Girma 2025 04 21 Declaration Opp Arbitration... |
| File name | Yilma%20Girma%202...tion%20Motion.pdf |
| Document ID | a5d1ba808afd47bbbda07c19836024f681ff551a |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  04 / 21 / 2025  21:11:31 UTC  
Sent for signature to Girma Yilma (yilma08@gmail.com) from hwolfe@dannlaw.com  
IP: 172.59.211.181

**VIEWED**  04 / 21 / 2025  22:14:48 UTC  
Viewed by Girma Yilma (yilma08@gmail.com)  
IP: 24.9.221.59

**SIGNED**  04 / 21 / 2025  22:27:55 UTC  
Signed by Girma Yilma (yilma08@gmail.com)  
IP: 24.9.221.59

**COMPLETED**  04 / 21 / 2025  22:27:55 UTC  
The document has been completed.

Powered by **Dropbox Sign**